# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR150 |
| vs. | |
| DANIEL EDWARD MILLER, | AMENDED ORDER |
| Defendant. | |

This matter comes before the Court on the government's unopposed text email motion to continue the status conference and to extend deadlines (Filing No 35). For good cause shown, the motion will be granted. Accordingly,

**IT IS ORDERED:**

1. On or before **December 23, 2022**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **December 30, 2022**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **January 6, 2023**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference scheduled for December 19, 2022, is cancelled. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **January 13, 2023, at 11:00 AM**  Conferencing instructions will be provided under a separate order.

Dated this 16th day of December, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge