IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22–CR–150 |
| vs. | ORDER ON REQUEST FOR TRANSCRIPT |
| DANIEL EDWARD MILLER, | |
| Defendant. | |

This matter is before the Court on the Request for Transcript filed by nonparty Carol Ann Gates-Miller. Filing 62. The request for a transcript is granted, provided Ms. Gates-Miller contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. Otherwise, the request is denied. Accordingly,

IT IS ORDERED: The Request for Transcript, filed by nonparty Carol Ann Gates-Miller, Filing 62, is granted as to the transcript under the conditions described above, and is otherwise denied. The Clerk shall mail a copy of this Order to Carol Ann Gates-Miller at the address provided in Filing 62.

Dated this 7th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge